IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC . WHITE                                                    PLAINTIFF

vs.                     Civil No. 12-CV-4061

SHERIFF RON STOVALL and
ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTIONS                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 29, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Judge Bryant recommends that Plaintiff's First Motion for Leave to Proceed *in forma pauperis* (ECF No. 4) and Second Motion for Leave to Appear *in forma pauperis* (ECF No. 10) be DENIED and the Complaint be DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(I-iii) and 1915A(a). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court finds that Plaintiff's First Motion for Leave to Proceed *in forma pauperis* (ECF No. 4) and Second Motion for Leave to Appear *in forma pauperis* (ECF No. 10) should be and hereby is **DENIED**. The Court further finds that the Complaint should be and hereby is **DISMISSED**.

**IT IS SO ORDERED**, this 2nd day of May, 2013.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         United States District Judge