IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC L. WHITE                                                                     PLAINTIFF

vs.                          Civil No. 12-CV-4061

SHERIFF RON STOVALL; and
ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTIONS                                          DEFENDANTS

## **ORDER**

      Before the Court is the Report and Recommendation filed August 6, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Bryant recommends that Plaintiff's Motion for Leave to Appeal IFP (ECF No. 16) be DENIED pursuant to 28 U.S.C. § 1915(a)(3) as the appeal is not taken in good faith and is untimely pursuant to Fed. R. App. P. 4. Judge Bryant further recommends that Plaintiff's Motion to Extend Time to Appeal (ECF No. 19) be DENIED because it was untimely and because Plaintiff failed to show good cause for why an extension should be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Leave to Appeal IFP (ECF No. 16) is **DENIED**. Plaintiff's Motion to Extend Time to Appeal (ECF No. 19) is **DENIED**. Plaintiff may renew his Motion for Leave to Appeal IFP with the Court of Appeals for the Eighth Circuit. Fed. R. App. P. 24(a).

      **IT IS SO ORDERED**, this 27th day of August, 2013.

                                                                            /s/ Susan O. Hickey
                                                                            Susan O. Hickey
                                                                            United States District Judge